DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PATRICK J. SHANNON, JR.**
Appellant,

v.

**RYAN HESS** d/b/a **INDIAN RIVER HEALTH CENTER**
Appellee.

No. 4D2025-2236

[March 18, 2026]

Appeal from the County Court for the Nineteenth Judicial Circuit, Indian River County; Robyn E. Stone, Judge; L.T. Case No. 312025SC000843.

Patrick J. Shannon, Jr., Vero Beach, pro se.

Ryan Hess d/b/a Indian River Health Center, Vero, pro se.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979); *Burke v. Burke*, 864 So. 2d 1284, 1284 (Fla. 1st DCA 2004) (rejecting statement of evidence because it was not agreed to by the parties nor approved by the trial court).

FORST, KLINGENSMITH and SHEPHERD, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***